UNITED STATES DISTRICT COURT
EASTER DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARRIE L. COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Case No. 4:15-CV-443 (CEJ) |
| vs. | ) |
| | ) |
| CHASE PARK PLAZA HOTEL, LLC | ) |
| ARL SL, LLC, and | ) |
| | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO DISMISS

   Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure , Plaintiff Carrie L. Cooper, by and through the undersigned counsel, requests an order from the Court dismissing this action on terms that the Court considers proper.

                           Respectfully submitted,

                           By: /s/ William E. Cooper_____
                           William E. Cooper  #26508MO
                           *Attorney for Plaintiff*
                           9630 Clayton Road
                           Saint Louis MO 63124
                           (314) 581-4091
                           bill@wcooperlaw.com

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that on the 12th day of October, 2015, the foregoing was served by email and certified mail, return receipt requested, on the following:

Kenneth C. Brostron
Mark R. Feldhaus
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, MO 63101
brostron@lashlybaer.com
mfeldhaus@lashlybaer.com

Matt Hill
PRYOR & BRUCE
302 North San Jacinto
Rockwall, TX 75087
bpryor@pryorandbruce.com

Timm Schowalter
Sandberg Phoenix & von Gontard P.C.
600 Washington Ave.-15th Floor
St. Louis, Mo. 63101
Phone: 314.231.3332
tsschowalter@sandbergphoenix.com

**Hannah L. Sorcic**
REED SMITH LLP
10 S. Wacker Drive
Suite 4000
Chicago, IL 60606-7507
312-207-6547
Fax: 312-207-6400
Email: hsorcic@reedsmith.com


                                                By:    /s/ William E. Cooper
                                                        William E. Cooper #26508MO
                                                        *Attorney for Plaintiff*